

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

NO. 2-09-406-CV

BASSAM MUHAMMED NAJEM                                          APPELLANT

V.

TAHIR YASIN AL-SEBAHI                                            APPELLEE

------------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Bassam Muhammed Najem attempts to appeal from the trial court's final judgment in favor of Appellee Tahir Yasin Al-Sebahi. The trial court's judgment was signed on February 27, 2009. Najem's notice of appeal was therefore due either March 30, 2009, for a direct appeal or August 27,

---

[1] *See* Tex. R. App. P. 47.4.

2009, for a restricted appeal, but it was not filed until November 12, 2009. *See* Tex. R. App. P. 26.1, 26.1(c).

On November 30, 2009, we notified Najem of our concern that this court may not have jurisdiction over the appeal and informed him that unless he or any party desiring to continue the appeal filed with the court a response showing grounds for continuing the appeal, this appeal would be dismissed for want of jurisdiction.[2] *See* Tex. R. App. P. 42.3(a), 44.3. We have received no response. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: MEIER, LIVINGSTON, and DAUPHINOT, JJ.

DELIVERED: January 14, 2010

---

[2] We further notified Najem that the notice of appeal is defective and directed him to file an amended notice of appeal because the notice does not state the date of the judgment or the order appealed from, state the court to which the appeal is being taken, and include a certificate of service indicating that the notice of appeal has been served on all parties to the trial court judgment. *See* Tex. R. App. P. 25.1(d)(2), (4), 25.1(e).